■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR MARTINEZ, Appellant. [666 NYS2d 495] —Appeal by the defendant from a judgment of the County Court, Westchester County (Angiolillo, J.), rendered July 24, 1995, convicting him of burglary in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). The trial court properly found that the requisite intent could be inferred from the circumstances of the defendant's entry into the complainant's apartment (*see, People v Mackey,* 49 NY2d 274; *People v Mazer,* 208 AD2d 956).

The defendant's remaining contentions are either unpreserved for appellate review or are without merit. Ritter, J. P., Sullivan, Goldstein and Lerner, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY D. McNAIR, Appellant. [666 NYS2d 496] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered May 3, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Ritter, Sullivan, Santucci and McGinity, JJ., concur.